**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

**Kelly D. Jones, OSB No. 074217**
kellydonovanjones@gmail.com
Direct 503-847-4329

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GENESSIS ALARCON** | Case No. 3:22-cv-329 |
| Plaintiff | **DOMESTIC VIOLENCE COMPLAINT** |
| vs | |
| **ANDY POLO** | Demand for Jury Trial |
| Defendant | |

**1.**

**JURISDICTION AND THE PARTIES**

This Court has jurisdiction under 28 U.S.C. § 1332 because plaintiff is a citizen of Peru and defendant is a citizen of Oregon and the amount in controversy requirement is met.

**2.**

Venue is proper under 28 U.S.C. § 1391 because the domestic violence described in this complaint occurred in Washington County, Oregon.

**3.**

**FACTUAL ALLEGATIONS**

On or around May 23, 2021 at his residence in Washington County, Oregon with his child present, defendant attempted to and did in fact cause harmful physical contact with plaintiff, including by violently grabbing her by the arm, pulling her by the hair against her will, and pushing her to the floor, causing her pain and discomfort.

4.

## CAUSES OF ACTION

### Claim One – Assault

As alleged in this complaint, on May 23, 2021, defendant intended to engage in harmful or offensive contact with plaintiff, and had the present ability to carry the intention into effect, causing plaintiff pain and discomfort.

5.

### Claim Two – Battery

As alleged in this complaint, on May 23, 2021, defendant intended to and did in fact cause harmful or offensive contact with plaintiff, causing plaintiff pain and discomfort.

6.

### Claim Three – Negligence

As alleged in this complaint, on May 23, 2021, defendant created an unnecessary and unreasonable risk of harm to plaintiff by causing harmful physical contact with plaintiff, and it was foreseeable that plaintiff would experience pain and discomfort as a result. Despite defendant's knowledge of the risk of harm, and the foreseeability of the harm, defendant breached his duty owed to plaintiff, causing her pain and discomfort.

## 7.

## PRAYER FOR RELIEF

Plaintiff respectfully requests judgment against defendant for fair compensation for noneconomic damages in an amount determined by the jury to be reasonable, and taxable costs.

## 8.

## JURY TRIAL DEMAND

Plaintiff respectfully requests a trial by a jury.

March 1, 2022

                                      **RESPECTFULLY FILED,**

                                      s/ Michael Fuller
                                      **Michael Fuller, OSB No. 09357**
                                      Lead Trial Attorney for Plaintiff
                                      OlsenDaines
                                      US Bancorp Tower
                                      111 SW 5th Ave., Suite 3150
                                      Portland, Oregon 97204
                                      michael@underdoglawyer.com
                                      Direct 503-222-2000