**Michael Fuller, OSB No. 09357**
OlsenDaines
US Bancorp Tower
111 SW 5th Ave., Suite 3150
Portland, Oregon 97204
michael@underdoglawyer.com
Direct 503-222-2000

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **GENESSIS ALARCON** | Case No. 3:22-cv-00329-YY |
| Plaintiff | **FRCP 41 NOTICE** |
| vs | |
| **ANDY POLO** | |
| Defendant | |

### FRCP 41 NOTICE

Under FRCP 41 this action is voluntarily dismissed without prejudice and re-filed in Oregon state court case number 22CV10396.

March 25, 2022

                                        **RESPECTFULLY FILED,**

                                        s/ Michael Fuller
                                        **Michael Fuller, OSB No. 09357**
                                        Lead Trial Attorney for Plaintiff

**NOTICE** – Page 1 of 1